**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

April 4, 2012

### LETTER ORDER

Re:   *Patton Boggs LLP v. Chevron Corp.*
       Civil Action No. 12-901 (ES)

Dear Counsel:

The Court has received, and reviewed, Plaintiff's letter dated April 2, 2012 and Defendant's letter dated April 3, 2012. In light of the April 2, 2012 opinion issued by the Honorable Lewis A. Kaplan, U.S.D.J. for the United States District Court, Southern District of New York, Docket Nos. 11 Civ. 0691 and 11 Civ. 3718 (the "April 2 Opinion"), the Court hereby finds that Plaintiff's Application for an Order to Show Cause, Docket Entry No. 10 (the "Order to Show Cause"), is rendered moot and will be terminated. The April 2, 2012 Opinion disposed of all of the issues pending before this Court in the Order to Show Cause. As such, there is no need for Plaintiff to submit its reply papers.

As to the pending Motion to Transfer (Docket Entry No. 7), Plaintiff may file its opposition no later than April 9, 2012. Defendant may file its reply no later than April 23, 2012. The Rule 16 Scheduling Conference shall go forward on April 30, 2012 as currently scheduled.

The Clerk of the Court shall terminate the Motion at Docket No. 10.

**SO ORDERED.**

                                                           *s/Esther Salas*
                                                           **Esther Salas, U.S.D.J.**